# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,  )<br>  )<br>   Plaintiff,  )<br>  )<br>-vs-  )<br>  )<br>STATE OF OKLAHOMA;  PAUL  )<br>ZIRIAX, SECRETARY OF THE  )<br>OKLAHOMA STATE BOARD OF  )<br>ELECTIONS;  and DOES 1 - 20,  )<br>INCLUSIVE,  )<br>  )<br>   Defendants.  ) | Case No. CIV-16-0583-F |

## JUDGMENT

Judgment is hereby entered in accordance with the court's order of today's date dismissing this action on the motion of The State of Oklahoma, and Paul Ziriax, Secretary of the Oklahoma State Board of Elections.

Dated this 29th day of July, 2016.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0583p002.wpd